**Exhibit A**

Table of Last-Observed Infringements by Defendants of Wicked Pictures's Copyright in the Motion Picture "XXX Avengers," Copyright Reg. No. PA0001745351

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 108.14.65.246 | 2011-08-22 18:30:53 -0400 | Verizon Internet Services | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 2 | 108.14.81.100 | 2011-08-25 23:42:00 -0400 | Verizon Internet Services | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 3 | 108.21.201.22 | 2011-08-23 12:14:55 -0400 | Verizon Internet Services | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 4 | 108.4.148.128 | 2011-08-23 05:42:40 -0400 | Verizon Internet Services | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 5 | 108.41.195.190 | 2011-08-25 18:59:37 -0400 | Verizon Internet Services | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 6 | 108.46.166.133 | 2011-08-18 17:57:45 -0400 | Verizon Internet Services | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 7 | 108.46.218.242 | 2011-08-16 19:29:46 -0400 | Verizon Internet Services | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 8 | 108.54.101.58 | 2011-08-17 13:47:06 -0400 | Verizon Internet Services | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 9 | 173.77.227.99 | 2011-08-17 06:32:58 -0400 | Verizon Internet Services | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 10 | 184.152.70.23 | 2011-07-06 03:24:44 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 11 | 184.153.119.135 | 2011-08-13 09:32:54 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 12 | 184.153.217.84 | 2011-08-21 18:34:33 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 13 | 184.74.55.164 | 2011-07-11 09:26:21 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 14 | 204.210.139.163 | 2011-07-08 13:42:08 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 15 | 24.161.58.164 | 2011-07-17 21:34:20 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 16 | 24.193.49.146 | 2011-07-30 13:41:47 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 17 | 24.193.67.209 | 2011-07-11 04:58:18 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 18 | 24.199.119.206 | 2011-08-24 13:57:04 -0400 | EarthLink | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 19 | 24.29.73.3 | 2011-08-31 20:46:27 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 20 | 24.58.254.110 | 2011-07-04 17:43:22 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 21 | 24.58.58.35 | 2011-07-05 21:59:35 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 22 | 24.59.155.233 | 2011-07-28 06:49:41 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 23 | 24.59.218.113 | 2011-07-12 19:46:24 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 24 | 24.90.112.163 | 2011-08-30 09:10:59 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 25 | 24.90.99.245 | 2011-08-31 22:02:41 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 26 | 66.108.39.252 | 2011-08-14 11:14:46 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 27 | 66.108.79.218 | 2011-07-08 13:44:46 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |

| Doe 28 | 66.65.24.62 | 2011-07-17 19:32:57 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
|---|---|---|---|---|---|
| Doe 29 | 66.66.188.211 | 2011-07-31 07:00:40 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 30 | 67.240.87.59 | 2011-08-06 01:55:41 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 31 | 67.241.59.182 | 2011-07-11 15:05:37 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 32 | 67.242.138.123 | 2011-07-16 11:01:48 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 33 | 67.242.44.234 | 2011-08-15 23:24:39 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 34 | 67.243.162.109 | 2011-07-30 16:37:12 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 35 | 67.243.21.117 | 2011-08-16 09:50:13 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 36 | 67.243.36.192 | 2011-08-17 21:36:23 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 37 | 67.244.78.99 | 2011-08-14 23:12:53 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 38 | 67.244.85.143 | 2011-08-27 18:13:59 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 39 | 67.246.153.225 | 2011-08-22 06:32:46 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 40 | 67.247.11.71 | 2011-08-20 02:07:49 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 41 | 67.247.236.148 | 2011-07-15 21:05:01 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 42 | 67.247.56.136 | 2011-07-18 09:04:39 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 43 | 67.248.94.227 | 2011-08-14 13:40:38 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 44 | 67.249.194.233 | 2011-08-06 22:48:36 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 45 | 67.249.55.176 | 2011-08-10 23:28:50 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 46 | 67.250.13.23 | 2011-08-18 19:51:32 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 47 | 67.252.11.86 | 2011-07-10 23:21:11 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 48 | 67.252.166.68 | 2011-07-17 15:05:22 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 49 | 68.172.216.60 | 2011-08-30 13:28:15 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 50 | 68.173.227.3 | 2011-07-17 22:34:06 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 51 | 68.174.70.18 | 2011-07-20 15:09:58 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 52 | 69.204.146.226 | 2011-07-31 19:41:11 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 53 | 69.204.242.34 | 2011-08-13 01:35:53 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 54 | 69.205.178.22 | 2011-07-10 06:34:56 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 55 | 69.207.30.235 | 2011-07-14 21:35:23 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 56 | 69.22.232.159 | 2011-08-30 00:26:15 -0400 | EarthLink | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 57 | 69.86.179.83 | 2011-08-29 13:54:42 -0400 | EarthLink | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 58 | 71.186.236.73 | 2011-08-11 01:47:21 -0400 | Verizon Internet Services | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 59 | 71.190.226.127 | 2011-08-14 13:40:19 -0400 | Verizon Internet Services | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 60 | 72.224.10.144 | 2011-08-27 07:00:42 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 61 | 72.228.188.99 | 2011-08-13 21:51:02 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 62 | 72.228.189.213 | 2011-08-21 01:47:45 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 63 | 72.229.178.151 | 2011-08-30 17:35:34 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |

| Doe 64 | 72.229.224.25 | 2011-08-26 21:32:19 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 65 | 72.230.125.134 | 2011-07-15 23:59:38 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 66 | 72.231.143.57 | 2011-07-13 17:38:40 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 67 | 72.231.220.10 | 2011-08-14 23:45:57 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 68 | 72.231.27.4 | 2011-08-20 23:37:30 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 69 | 72.68.134.226 | 2011-08-15 15:42:16 -0400 | Verizon Internet Services | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 70 | 72.89.88.28 | 2011-08-17 20:44:22 -0400 | Verizon Internet Services | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 71 | 74.108.143.107 | 2011-08-29 19:26:21 -0400 | Verizon Internet Services | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 72 | 74.209.21.39 | 2011-08-28 00:33:57 -0400 | Fairpoint Communications | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 73 | 74.65.244.76 | 2011-08-28 12:14:29 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 74 | 74.65.43.51 | 2011-08-10 23:44:20 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 75 | 74.66.242.32 | 2011-07-03 00:14:55 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 76 | 74.67.118.48 | 2011-08-09 18:34:38 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 77 | 74.67.205.204 | 2011-07-19 10:51:08 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 78 | 74.68.139.227 | 2011-07-11 21:35:01 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 79 | 74.68.139.7 | 2011-07-03 00:24:57 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 80 | 74.69.187.65 | 2011-07-28 06:14:51 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 81 | 74.69.54.65 | 2011-08-27 15:04:39 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 82 | 74.72.221.10 | 2011-07-05 00:36:16 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 83 | 74.76.162.139 | 2011-07-18 23:34:07 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 84 | 74.76.211.244 | 2011-08-21 21:32:42 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 85 | 74.77.136.90 | 2011-07-27 09:43:31 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 86 | 74.77.205.153 | 2011-07-12 18:21:03 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 87 | 74.77.58.29 | 2011-08-04 12:14:42 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 88 | 74.79.128.236 | 2011-07-09 06:19:06 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 89 | 74.79.13.214 | 2011-08-25 15:58:16 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 90 | 76.180.225.138 | 2011-08-19 09:46:13 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 91 | 96.238.128.190 | 2011-08-31 18:19:14 -0400 | Verizon Internet Services | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 92 | 96.250.18.229 | 2011-08-14 15:34:40 -0400 | Verizon Internet Services | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 93 | 97.89.243.215 | 2011-08-23 09:53:29 -0400 | CHARTER COMMUNICATIONS | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 94 | 98.116.192.201 | 2011-08-16 07:26:16 -0400 | Verizon Internet Services | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |
| Doe 95 | 98.14.202.6 | 2011-07-11 03:25:05 -0400 | Road Runner | BitTorrent | 7e6969b34a1c29a99a01f6f2b089063c299bdc50 |