Mike Meier
Email address: contact@copyrightdefenselawyer.com
THE COPYRIGHT LAW GROUP, PLLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Tel: 888-407-6770
Fax: 703-546-4990

Attorney for Plaintiff SBO Pictures, Inc. dba Wicked Pictures

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF NEW YORK

| SBO Pictures, Inc. dba Wicked Pictures | CASE NO. 11-CV-08006-NRB |
|---|---|
| Plaintiff, | **Fed. R. Civ. P. 41(a) Dismissal With Prejudice of Specific Doe Defendant(s), Namely Doe(s) 2, 3, 7, 92, 93** |
| v. | |
| DOES 1-95, | |
| Defendants. | |

Plaintiff having reached settlement(s) with the respective Doe Defendant(s) listed in the following table,

| Doe No. | IP Address | Timestamp (U.S. Eastern Time) |
|---|---|---|
| Doe 2 | 108.14.81.100 | 2011-08-25 23:42:00 -0400 |
| Doe 3 | 108.21.201.22 | 2011-08-23 12:14:55 -0400 |
| Doe 7 | 108.46.218.242 | 2011-08-16 19:29:46 -0400 |
| Doe 92 | 96.250.18.229 | 2011-08-14 15:34:40 -0400 |
| Doe 93 | 97.89.243.215 | 2011-08-23 09:53:29 -0400 |

Plaintiff dismisses with prejudice each of the specific Defendant(s) listed above from the above identified action pursuant to Fed. R. Civ. P. 41(a).

Respectfully submitted,

| | |
|---|---|
| 1 | Date: March 14, 2012 |
| 2 | |

_____
Mike Meier
Email address: contact@copyrightdefenselawyer.com
THE COPYRIGHT LAW GROUP, PLLC
4000 Legato Road, Suite 1100
Fairfax, VA 22033
Tel: 888-407-6770
Fax: 703-546-4990

Attorney for Plaintiff SBO Pictures, Inc. dba Wicked Pictures

Fed. R. Civ. P. 41(a) Dismissal With Prejudice of Specific Doe Defendant(s) - Case No. 11-CV-08006-NRB    2